JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| IMELDA ORIBELLO and BALTAZAR ORIBELLO, | CASE NO.: 2:16-cv-08548-JFW |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] JUDGMENT OF DISMISSAL |
| v. | |
| WELLS FARGO BANK, N.A.; NBS DEFAULT SERVICES, LLC; and DOES 1-20, Inclusive, | [*Assigned to the Hon. John F. Walter*] |
| Defendants. | |

1. On January 9, 2017, the Court entered an Order granting the Motion to Dismiss the Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") dismissing the Complaint in its entirety.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and

3. Plaintiffs, Imelda Oribello and Baltazar Oribello will recover nothing in this action from defendant WELLS FARGO BANK, N.A.

DATED: January 12, 2017

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE